UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
LG CAPITAL FUNDING, LLC,

                Plaintiff,                21-cv-5556 (PKC)

    -against-                         ORDER

DOMARK INTERNATIONAL, INC.,

                Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

       On September 3, 2021, the Court held an initial conference in this action in which plaintiff's counsel appeared, but defendant's counsel did not. The following minute entry memorialized the conference: "No appearance by defendant. Plaintiff may move for a clerks certificate of default and a default judgment. The next conference is scheduled for December 10, 2021 at 10:30 a.m. by telephone."

       Plaintiff has secured the Clerk's Certificate of Default but has not moved for a default judgment. Plaintiff's counsel neither appeared at the December 10 conference nor explained his absence.

       There will be a conference on December 16, 2021 at 11:00 a.m. telephonically. (See Order of June 29, 2021 for call-info.) Failure of plaintiff to appear will result in dismissal of the action for failure to prosecute and/or violation of Rule 16.

- 2 -

SO ORDERED

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
December 14, 2021