

**164 W. 25th Street, Suite 11R**
**New York, NY 10001**

**Kevin Kehrli, Esq.**
**(212) 380-3623**
**kk@gs2law.com**

Conference is adjourned from December 16, 2021 to January 24, 2022 at 11:30 a.m. The conference will proceed telephonically. Dial-In No.: 1-888-363-4749, Access Code: 3667981.
SO ORDERED.
Dated: New York, NY.
12/15/2021

_____
P. Kevin Castel
United States District Judge

December 14, 2021

Hon. P. Kevin Castel
United States District Judge
500 Pearl St.
New York, New York 10001

Via ECF

Re: <u>**LG Capital Funding, LLC v. Domark International, Inc. (21-cv-5556(PKC))**</u>

To the Hon. P. Kevin Castel,

This firm represents LG Capital Funding, LLC ("Plaintiff" or "LG"), plaintiff in the above-referenced. I write for two reasons. First, to apologize to the Court for my failure to appear on December 10, 2021; and second, to request that the Court adjourn the conference on December 16, 2021.

With regard to the December 10, 2021 conference, my failure to appear was the result of a mistake in calendaring the conference. Accordingly, I apologize for my failure to do so and apologize for taking up the Court's time.

With regard to the December 16, 2021 conference, I respectfully request an adjournment for two reasons. First, at 10:30 am on that day, I am scheduled for a show cause hearing before Judge Ramos in another matter seeking emergency relief that has already been delayed and should not be adjourned for the best interests of my client. Said hearing is likely to go for longer than 30 minutes. Second, my mistake in calendaring the December 10 conference included a failure to denote Plaintiff's intended default motion. Upon receipt of the Court's Order today, I commenced drafting the motion and intend to file it by December 17, 2021. Should the Court deem that such a filing makes the scheduled conference unnecessary, I respectfully request the same be adjourned *sine die* pending the motion. Should the Court wish that Plaintiff appear regardless of its contemplated default motion, I respectfully request that the conference be adjourned to the next available date that is convenient for the Court.

Respectfully Submitted,

_____
Kevin Kehrli, Esq.